# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH DEON BRUMFIELD, | Case No. 2:24-cv-00652-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner Keith Deon Brumfield seeks an extension of time to file his first amended Petition. ECF No. 16. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's unopposed first Motion for Extension of Time (ECF No. 16) is GRANTED. Petitioner has until December 16, 2024, to file his first amended Petition.

DATED: October 22, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE