# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEITH DEON BRUMFIELD,

                    Petitioner,

    v.

BRIAN WILLIAMS, et al.,

                    Respondents.

Case No. 2:24-cv-00652-GMN-EJY

**ORDER**

Petitioner Keith Deon Brumfield moves for an extension of time to file a Second Amended Petition. (ECF No. 22.)  Respondents filed no opposition to the motion and the time to do so has expired.  The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner Keith Deon Brumfield's Motion for Extension of Time to File Second Amended Petition (First Request) (ECF No. 22) is granted.  Petitioner has until April 25, 2025, to file a Second Amended Petition.

DATED: March 11, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE