# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH DEON BRUMFIELD,<br><br>　　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:24-cv-00652-GMN-EJY<br><br>**ORDER** |

Petitioner Keith Deon Brumfield seeks an extension of time to file his Second Amended Petition. ECF No. 25. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed second Motion for Extension of Time (ECF No. 25) is GRANTED. Petitioner has until May 26, 2025, to file his Second Amended Petition.

DATED: May 8, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1