# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH DEON BRUMFIELD, | Case No. 2:24-cv-00652-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents seek an extension of time to file their Response to the Second Amended Petition. ECF No. 31. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed first Motion for Extension of Time (ECF No. 31) is granted. Respondents have until October 3, 2025, to file their Response.

DATED:   August 19, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE