# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH DEON BRUMFIELD,<br><br>　　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:24-cv-00652-GMN-EJY<br><br>**ORDER** |

Respondents seek an extension of time to file their Response to the Second Amended Petition. ECF Nos. 33, 34. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Respondents' unopposed second Motion for Extension of Time (ECF No. 33) is granted *nunc pro tunc*.

It is further ordered that Respondents' unopposed third Motion for Extension of Time (ECF No. 34) is granted. Respondents have until December 17, 2025, to file their Response.

DATED: November 20, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE