# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEITH DEON BRUMFIELD,

                           Petitioner,

    v.

BRIAN WILLIAMS, et al.,

                          Respondents.

Case No. 2:24-cv-00652-GMN-EJY

**ORDER**

Petitioner Keith Deon Brumfield seeks an extension of time to file his Opposition to Respondents' Motion to Dismiss. ECF No. 43. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first Motion for Extension of Time (ECF No. 43) is granted. Respondents have until March 2, 2026, to file his Opposition.

DATED:   January 26, 2026

_____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE