## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEITH DEON BRUMFIELD,

                           Petitioner,

    v.

BRIAN WILLIAMS, et al.,

                           Respondents.

Case No. 2:24-cv-00652-GMN-EJY

**ORDER**

Petitioner Keith Deon Brumfield seeks an extension of time to file his Opposition to Respondents' Motion to Dismiss. ECF Nos. 45, 46. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Petitioner's unopposed second Motion for Extension of Time (ECF No. 45) is granted *nunc pro tunc*.

It is further ordered that Petitioner's unopposed third Motion for Extension of Time (ECF No. 46) is granted. Petitioner has until May 8, 2026, to file his Opposition.

DATED:     May 8, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1