# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEITH DEON BRUMFIELD,

Petitioner,

v.

BRIAN WILLIAMS, et al.,

Respondents.

Case No. 2:24-cv-00652-GMN-EJY

**ORDER**

Respondents seek an extension of time to file their Reply in support of their Motion to Dismiss. ECF No. 49. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed first Motion for Extension of Time (ECF No. 49) is granted. Respondents have until June 12, 2026, to file their Reply.

DATED:    June 3, 2026

_____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1