**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEITH DEON BRUMFIELD,

Petitioner,

v.

BRIAN WILLIAMS, et al.,

Respondents.

Case No. 2:24-cv-00652-GMN-EJY

**ORDER**

Respondents seek an extension of time to file their Answer. ECF No. 56. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed first Motion for Extension of Time (ECF No. 56) is granted. Respondents have until November 24, 2026, to file their Answer.

DATED: October 30, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE